# IN THE NINTH COURT OF APPEALS

09-17-00326-CR

Ex Parte Billy Wayne Barton, Appellant

Appeal from the 258th District Court of Polk County, Texas
Trial Cause No. 24667

# MANDATE

**TO THE 258TH DISTRICT COURT OF POLK COUNTY, GREETINGS:**

Before our Court of Appeals, on October 18, 2017, the cause came upon appeal to revise or reverse your judgment was determined; and therein our said Court made its order in these words:

"THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the appeal is **DISMISSED**."

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things have it duly recognized, obeyed and executed.

BY ORDER OF THE NINTH COURT OF APPEALS, with the Seal thereof affixed, at the City of Beaumont, Texas, this December 12, 2017.

CAROL ANNE HARLEY
CLERK OF THE COURT